UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALEXANDRO SUERO,

Defendant.

11-CR-84 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 14, 2020, the Court ordered defense counsel to submit a memorandum of law in support of defendant Alexandro Suero's *pro se* motion for compassionate release by July 20, 2020. Dkt. 46. The Court also ordered the Government to respond by July 22, 2020. Neither party did so. *Id.* The Court therefore orders defense counsel to file a submission by July 28, 2020, and the Government to file its response by July 31, 2020.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Suero at LSCI Allenwood, P.O. Box 1000, White Deer, PA 17887-1000.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 24, 2020
    New York, New York