# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

July 28, 2020

Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
NY, NY 10007

Re: <u>United Stattes v. Alexandro Suero</u>
11 CR 84 (PAE)

Dear Judge Engelamyer:

    It has been brought to my attention that the defendant, Alexandro Suero, filed a letter with the court that the court deemed to be a motion for "compassionate release". In addition, the court ordered defense counsel to assist the defendant and file an appropriate motion. I was CJA counsel for Mr. Suero. I did not become aware of these proceedings until early today when his relative contacted me about Mr. Suero's motion.

    First, I apologize to the court for not becoming aware of this issue sooner. Second, while I was CJA counsel at the time of the sentence in this matter, I am not currently on the CJA Panel. If the court wishes I will represent Mr. Suero *pro bono* for the purpose of this motion. In any event, I have not had any contact with the defendant in four years and have no knowledge of his situation beyond that which he set forth in his letter. In order to properly file a motion on his behalf I would need to have contact with the defendant and learn more about his situation. If the court wishes for me to represent him I suggest that the current scheduled be terminated and the court permit me at least three weeks to communicate with the defendant, obtain necessary information and file a motion.

    In the alternative, the court may wish to assign new CJA counsel to represent the defendant.

Respectfully,

/S/ Lee Ginsberg
Lee Ginsberg

The Court thanks Mr. Ginsberg for his letter. Upon further review, the Court expects to be able to resolve this application on the basis of the existing materials on the docket, Mr. Suero's pro se submission, and the Government's forthcoming response, which remains due on July 31, 2020. As part of its response, the Court directs the Government to submit, under seal if necessary, all relevant medical records for Mr. Suero. SO ORDERED.

_____   7/29/2020
PAUL A. ENGELMAYER
United States District Judge